2010-91523
FILED
July 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002764276

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.   (SBN: 155175)
ANN MARIE FRIEND, ESQ.    (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
LINDSEY, RAY & FRANCES

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>LINDSEY, RAY & FRANCES<br><br>Debtors. | Case No.: **10-91523**<br>Chapter 13 |

## ORDER CONFIRMING PLAN

The Chapter 13 plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. Section 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

RECEIVED
July 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002764276

IT IS FURTHER ORDERED that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;
2. The debtor shall immediately notify the trustee in writing of any termination, reduction or of other change in the employment of the debtor; and
3. The debtor shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that the attorney fees for the debtor's attorney in the full amount of $3,500.00 are approved, $750.00 of which was paid prior to the filing of the petition. The balance of $2,750.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

_/s/ Russell P. Lee_
Approved by the Chapter 13
Trustee as to form.

DAT Dated: July 10, 2010

_/s/ Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court